THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JANICE RICKERT,** | § | **CIVIL ACTION NO.**: 4:21-CV-01253 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **HOME DEPOT U.S.A., INC.,** | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JANICE RICKERT (hereinafter "Plaintiff") and Defendant HOME DEPOT U.S.A., INC. (hereinafter "Defendant"), by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice. Plaintiff and Defendant will each being their own costs and fees. The parties request that this Court now dismiss this case without prejudice.

Respectfully submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No.: 7325
Texas State Bar ID: 17268750
Davina Bloom
USDC SD/TX No.: 2851454
Texas State Bar ID: 24091586
ROSENBERG & ASSOCIATES
3518 Travis Street, Suite 200
Houston, Texas 77002
Telephone No.: (713) 960-8300
Facsimile No.: (713) 621-6670
E-Mail: gregg@rosenberglaw.com
E-Mail: davina@rosenberglaw.com
Attorneys for Plaintiff

*/s/ Kristin Higgins [with permission]*
Kristin Snyder Higgins
Texas State Bar ID: 24046880

1

Ogletree, Deakins, Nash Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone No.: (214) 987-3800
Facsimile No.: (214) 987-3927
E-Mail: kristin.higgins@ogletree.com
Attorney for Defendant

Devin S. Vasquez
USDC SD/TX No.: 3027141
Texas State Bar ID: 24098543
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone No.: (713) 655-0855
Facsimile No.: (713) 655-0020
E-Mail: devin.vasquez@ogletreedeakins.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

On August 19, 2021, pursuant to the Federal Rules of Civil Procedure, the above-identified document was filed and served via the Court's ECF system on the following counsel:

Kristin Snyder Higgins
Ogletree, Deakins, Nash Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, Texas 75225
kristin.higgins@ogletree.com

Devin S. Vasquez
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
devin.vasquez@ogletreedeakins.com

/s/ *Gregg M. Rosenberg*
Gregg M. Rosenberg