United States District Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE RICKERT,<br>Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO.: 4:21-CV-01253 |
| v. | §<br>§ | |
| HOME DEPOT U.S.A., INC.,<br>Defendant. | §<br>§<br>§ | |

### ORDER ON DISMISSAL

Before this Court is the Joint Stipulation of Dismissal Without Prejudice that was filed by Plaintiff JANICE RICKERT and Defendant HOME DEPOT U.S.A., INC., which seeks to dismiss the above-identified lawsuit without prejudice. Having reviewed and considered the Joint Stipulation and all other documents that have been filed with this Court, this Court is of the opinion that the Joint Stipulation is accepted and approved.

IT IS HEREBY ORDERED the above-identified lawsuit is dismissed without prejudice with each party to bear its own attorneys' fees and costs.

Signed: August **23**, 2021

_____
DAVID HITTNER
United States District Judge